IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CR-394-WKW |
| | ) | [WO] |
| DUANE D. HALE | ) | |

**ORDER**

Before the court is the unopposed motion for early termination of supervised release filed by Duane D. Hale.[1]  (Doc. # 23.)  A court may terminate a term of supervised release under specified conditions, as set out in 18 U.S.C. § 3583(e)(1). The defendant must have completed one year of supervised release, and the court must find, after considering the factors set forth in 18 U.S.C. § 3553(a), that "such action is warranted by the conduct of the defendant released and the interest of justice." § 3583(e)(1).

Mr. Hale has served more than one year of supervised release.  The Government, after consulting with Mr. Hale's supervising probation officer, represents that the officer confirms Mr. Hale's compliant conduct and represents that neither the officer nor the Government object to early termination.  (Doc. # 26.) Early termination of supervised release is warranted by Mr. Hale's conduct and is in

---

[1] No hearing is required prior to a ruling on the motion.  The relief sought is favorable to Mr. Hale and does not extend the term of supervised release, and the Government has stated that it has no objection to the relief sought.  Fed. R. Crim. P. 32.1(c)(2).

the interest of justice.  Consideration of the factors set forth in 18 U.S.C. 3553(a) supports the request for early termination.

Accordingly, it is ORDERED that the motion for early termination of supervised release (Doc. # 23) is GRANTED.

DONE this 3rd day of June, 2020.

/s/ W. Keith Watkins  
UNITED STATES DISTRICT JUDGE